**Order filed, January 10, 2018.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-17-00871-CR
_____

**BILLY R. STRAHAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Case   1484245**

---

## ORDER

The reporter's record in this case was due 12/29/2017.  *See* Tex. R. App. P. 35.1. On 12/28/2017, the reporter Phyllis Thibodeaux, filed volume 3 or 4.  The complete record has not been filed with the court.  Because the complete reporter's record has not been filed timely, we issue the following order.

We order Phyllis Thibodeaux, the official (or substitute) court reporter, to file the complete record in this appeal, **within 30 days** of the date of this order.

No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. See Tex. R. App. P. 35.3(c). If the reporter does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM